# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rindi Septi Coriah Nurwulan, Administrator of the Estate of JUNIOR PRIADI, Deceased, et. al., <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, a corporation, <br><br> Defendant. | **CIVIL DOCKET FOR CASE #: 1:20-cv-04000** <br><br><br><br><br><br> *Assigned for all purposes to the Hon. Ronald A. Guzman* |

## NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN**:

**PLEASE TAKE NOTICE** that Kabateck LLP, Sanjiv N. Singh, PLC and Indrajana Law Group hereby assert a claim for attorneys' fees and costs against any recovery by Plaintiff Rindi Septi Coriah Nurwulan, Administrator of the Estate of JUNIOR PRIADI, Deceased from any defendant in this matter, whether such recovery is by way of settlement, award or judgment by virtue Kabateck LLP, Sanjiv N. Singh, PLC, and Indrajana Law Group's representation of Plaintiff Rindi Septi Coriah Nurwulan, Administrator of the Estate of JUNIOR PRIADI, Deceased concerning the same claims that are at issue in the above-referenced matter.

///

///

///

///

An itemized statement will be presented upon request and/or at the time of settlement, award or judgment.

Dated: July 9, 2020                                           **KABATECK LLP**

                            By:  /s/ Brian S. Kabateck
                              Brian S. Kabateck (*pro hac vice*)
                              Christopher B. Noyes (*pro hac vice*)
                              KABATECK LLP
                              633 West 5th Street, Suite 3200
                              Los Angeles, California 90071
                              Phone: (213) 217-5000
                              Fax: (213) 217-5010
                              bsk@kbklawyers.com
                              cn@kbklawyers.com
                              *One of the Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned, counsel of record, certifies that he served the foregoing document upon all counsel of record via electronic mail, CM/ECF, and via Certified Mail on the date set forth below.

Dated: **7/09/2020**

*/s/ Christopher B. Noyes*
Christopher B. Noyes, Cal. State Bar No. 270094 (*Admitted Pro Hac Vice*)
*One of the Attorneys for Plaintiff*