UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Rindi Septi Coriah Nurwulan
        Plaintiff,
v.                Case No.: 1:20−cv−04000
                Honorable Thomas M. Durkin
The Boeing Company
         Defendant.

**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**

  Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey Cummings for the purpose of holding proceedings related to: settlement conference. Mailed notice. (ecw, )

Dated: January 26, 2021

                         /s/ Thomas M. Durkin

                         United States District Judge